UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

DELANO CONNOLLY,

                                       Plaintiff,           **NOTICE OF MOTION FOR**
           -against-                                    **SUMMARY JUDGMENT**

THE CITY OF NEW YORK, JOSEPH CARDIERI, PAUL    16-CV-0465 (WFK) (VMS)
SAVARESE, IAN SANGENITO, ALAN SPUTZ, SUSAN
STARKER, and FREDDA MONN,

                                   Defendants.
-----------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that upon the annexed Rule 56.1 Statement of Material Undisputed Facts, the Declaration of Assistant Corporation Counsel Eric Murrell and the exhibits annexed thereto executed on December 10, 2018, the Memorandum of Law in Support of the Defendants' motion for summary judgment dated December 10, 2018, and upon all the papers and proceedings previously had herein, Defendants will move this Court at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, before the Honorable William F. Kuntz, II, United States District Judge, on a date and at a time to be designated by the Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure for an order of summary judgment, dismissing the Complaint against the Defendants on the grounds that: (1) there is no individual liability under Title VII; (2) plaintiff cannot establish discrimination and retaliation in violation of federal law and local law; and (3) the Defendants have articulated legitimate, non-discriminatory, and non-retaliatory reasons for any alleged adverse employment actions that cannot be shown to be pretextual as a matter of law.

- 2 -

**PLEASE TAKE FURTHER NOTICE** that pursuant to this Court's November 2, 2018 order, opposition papers shall be served on or before January 28, 2019, and reply affidavits and memoranda of law, if any, shall be served on or before February 25, 2019.

Dated:     New York, New York
           December 10, 2018

                              **ZACHARY W. CARTER**
                              Corporation Counsel of the
                                City of New York
                              Attorney for Defendants
                              100 Church Street, Room 2-140
                              New York, N.Y. 10007-2601
                              (212) 356-4083
                              emurrell@law.nyc.gov

                        By:    */s/ Eric Murrell*
                              Eric Murrell
                              Assistant Corporation Counsel

cc:     Michael O'Neill, Esq. **(by Hand Delivery)**
        OFFICE OF MICHAEL G. O'NEILL
        Attorneys for Plaintiff
        30 Vesey Street - Suite 301
        New York, NY 10007
        (212) 581-0990
        Email: darrow@oneillaw.com