UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

DELANO CONNOLLY,

                                 Plaintiff,

       -against-

CITY OF NEW YORK, et al.,

                              Defendants.

-------------------------------------------------------------------X

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS**

16 Civ. 465 (WFK) (VMS)

**PLEASE TAKE NOTICE** that, upon the Affirmation of Leo T. Ernst, a former attorney for Defendants, Mr. Ernst will move this Court before the Honorable William F. Kuntz at the United States Courthouse, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be designated by the Court, for an order granting his Motion to Withdraw as Counsel for Defendants.

Dated: March 22, 2022
       New York, New York

Respectfully submitted,

JACKSON LEWIS P.C.
666 Third Avenue
New York, New York 10017
(212) 545-4000
Leo.ernst@jacksonlewis.com

By:    /s/ Leo T. Ernst
        Leo T. Ernst